FILED: January 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2257
(1:14-cv-00125-JPB)
(1:10-bk-00813)

_____

In re: JACQUELINE RHEA SHAVER

     Debtor

------------------------------

MARTIN P. SHEEHAN, Chapter 7 Trustee

     Plaintiff - Appellant

v.

BANK OF AMERICA, N.A.

     Defendant - Appellee

_____

O R D E R
_____

The court grants the motion for substitution of counsel.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk